It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
8/30/19

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SARAH ANGELES, individually and on behalf of all others similarly situated, | CASE NO.: 5:19-cv-01405-JRA |
| Plaintiff, | HON. JUDGE JOHN ADAMS |
| vs. | **STIPULATED DISMISSAL** |
| CBSC INC., et. al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned herein, that the above-captioned matter is settled, and that Plaintiff's Complaint is dismissed with prejudice at Plaintiff's cost. The Court retains jurisdiction to enforce terms of the settlement.

/s/ Amichai E. Zukowsky (per e-mail approval on 8/23/2019)
Amichai E. Zukowsky, Esq.
Zukowsky Law, LLC
23811 Chagrin Blvd., Suite 160 Beachwood, OH 44122
Phone: (216) 800-5529
Email: ami@zukowskylaw.com
*Attorney for Plaintiff*

/s/ Matthew A. Smartnick
Daniel L. Bray (0089394)
Matthew A. Smartnick (0096932)
Sutter O'Connell
3600 Erieview Tower
1301 E. 9th Street
Cleveland, Ohio 44114
Phone: (216) 928-2200
Fax: (216) 928-4400
dbray@sutter-law.com
msmartnick@sutter-law.com
*Attorneys for Defendants*